BLANK ROME LLP
Attorneys for Petitioner
Richard V. Singleton
Kate B. Belmont
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NS UNITED KAIUN KAISHA, LTD., <br><br> Petitioner, <br><br> v. <br><br> COGENT FIBRE INC., <br><br> Respondent. | 15 Civ. 01784 (PAE) <br><br> **NOTICE OF MOTION ON PETITION TO RECOGNIZE AND ENFORCE <u>ARBITRATION AWARD</u>** |

**PLEASE TAKE NOTICE** that upon the annexed petition of NS UNITED KAIUN KAISHA, LTD., ("Petitioner"), and upon the accompanying Memorandum of Law and Affidavit of Richard V. Singleton, both dated March 11, 2015, the undersigned will move this Court, pursuant to 9 U.S.C. §§ 1-16 and 201 *et seq.*, before the Honorable Paul A. Engelmayer, at Courtroom 1305, United States District Court, 40 Foley Square, New York, NY 10007 for an order confirming and entering judgment upon Petitioner's arbitration award against Respondent COGENT FIBRE INC., formerly known as "Cogent Fibre LLC", dated January 23, 2015, which is annexed to the Petition, and awarding Petitioner its attorneys' fees and costs in this action and for such other and further relief as the Court may deem proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, opposing papers are required to be served within 14 days after service of the moving papers and reply papers, if any, shall be served within 7 days after service of the answering papers.

-1-

–2–

Dated: New York, New York
       March 11, 2015

                                      Respectfully submitted,

                                      BLANK ROME, LLP

                              By: _____
                                      Richard V. Singleton
                                      Kate B. Belmont
                                      405 Lexington Avenue
                                      The Chrysler Building
                                      New York, NY 10174
                                      (212) 885-5000
                                      Attorneys for NS UNITED KAIUN KAISHA, LTD.

TO:  Anthony J. Mavronicolas, Esq.
      Mavronicolas & Dee LLP
      415 Madison Avenue – 18th Floor
      New York, New York 10017

      Ms. Geralyn Petrafesa
      Cogent Fibre Inc.
      20 Brodwood Drive
      Stamford, CT 06902

      Mr. Donald McClure
      Cogent Fibre Inc.
      338 Davenport Road, Suite 102
      Toronto, Ontario
      CANADA
      M5R 1K6