USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NS UNITED KAIUN KAISHA, LTD.,

                          Petitioner,

      -v-

COGENT FIBRE, INC.,

                          Respondent.

------------------------------------------------------------X

15 Civ. 1784 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

Petitioner NS United Kaiun Kaisha Ltd. ("United Kaiun") filed a petition to recognize and enforce an arbitration award (the "Petition") on March 10, 2015, Dkt. 1, and a motion to confirm arbitration on March 11, 2015, Dkt. 3–5. The Petition, motion, and supporting papers were served on Respondent Cogent Fibre, Inc. ("Cogent Fibre") on March 17, 2015. Dkt. 6. Cogent Fibre's response to the Petition and motion is due by April 14, 2015  United Kaiun's reply, if any, is due by April 28, 2015.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: March 23, 2015
       New York, New York